UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jvonn Mayes**                              **Docket No. 5:12-CR-170-5H**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jvonn Mayes, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 5 Kilograms or More of Cocaine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 09, 2013, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jvonn Mayes was released from custody on March 04, 2015, at which time the term of supervised release commenced. On April 9, 2015, the defendant committed the offense of Felony Possession of Cocaine (15CRS54353) in Cumberland County, NC. A motion for revocation was filed and on January 13, 2016, the offender was found in violation and continued on supervision at this time.

This defendant submitted a urine sample on March 8, 2016, that tested positive for oxymorphone and marijuana. When confronted with the results, the defendant signed an admission form. The court ordered that the offender attend substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 13, 2016, the offender submitted a urine sample which tested positive for Cocaine. The offender verbally accepted responsibility for his actions. It is recommended that the offender continue substance abuse treatment. It is also recommended that the offender be ordered to serve 4 days in the Bureau of Prisons as a sanction for this action.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 4 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jvonn Mayes
Docket No. 5:12-CR-170-5H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-483-8613
Executed On: June 29, 2016

### ORDER OF THE COURT

Considered and ordered this 30th day of June, 2016, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge